**Order entered January 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01215-CV

### HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant

### V.

### PATRICK DAUGHERTY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

Before the Court is district clerk Felicia Pitre's January 13, 2015, second request for extension of time to file the record. In her request, she asks for a ten day extension due to the large volume of some of the pleadings and compliance with text searchable rules. We **GRANT** the extension request and **ORDER** Ms. Pitre to file the clerk's record no later than **TEN DAYS** from the date of this Order. We caution Ms. Pitre that no further extensions of time will be granted absent extraordinary circumstances.

/s/    CRAIG STODDART
          JUSTICE